MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 835-6347

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 1:16-CR-2029-SMJ |
|                                                              ) | |
|                   Plaintiff,                          ) | **INDICTMENT** |
|                                                              ) | |
|        vs.                                              ) Vio: | 29 U.S.C. § 501(c) |
|                                                              ) | Embezzlement from a Labor Union |
| CHARLES NELSON,                          ) | |
|                                                              ) | 18 U.S.C. § 981(a)(1)(C) and |
|                   Defendant.                       ) | 28 U.S.C. § 2461(c) |
|                                                              ) | Notice of Forfeiture Allegations |

The Grand Jury Charges:

Beginning on or about June 2008, and continuing until on or about January 14, 2014, within the Eastern District of Washington, the Defendant, CHARLES NELSON, while an officer, that is, Treasurer, of the National Council of Security Police, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $143,489.47, in violation of 29 U.S.C. § 501(c).

//
//
//

NELSON INDICTMENT - 1

## **NOTICE OF FORFEITURE ALLEGATIONS**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of the offense[s] in violation of 29 U.S.C. § 501(c) set forth in this Indictment, the Defendant, CHARLES NELSON, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds traceable to such violation(s). The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT

A sum of money equal to $143,489.47 in United States currency, representing the amount of proceeds obtained as a result of the embezzling offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//
//

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED: April 19th, 2016.

A TRUE BILL

_____
Foreperson

*(signature)*
MICHAEL C. ORMSBY
United States Attorney

*(signature)*
SCOTT F. JONES
Assistant United States Attorney

NELSON INDICTMENT - 3